```
ED DUNLAVEY
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE NUMBER:6:09-cr-00037-YNP |
| ) | |
| Plaintiff ) | |
| ) | STIPULATION TO CONTINUE |
| vs. ) | STATUS CONFERENCE; and |
| ) | ORDER THEREON |
| ) | |
| MICHAEL MAFFEI, ) | |
| ) | |
| Defendant ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, acting Legal Officer for the National Park Service and Defendant, MICHAEL MAFFEI, and his Attorney of Record, Jeremy Kroger, that the status conference in the above-captioned matter currently scheduled for March 2, 2010, be continued until April 20, 2010.

Dated: February 25, 2010      By: /S/ Susan St. Vincent
                                  SUSAN ST. VINCENT
                                  Acting Legal Officer for
                                  National Park Service


Dated: February 25, 2010      By: /s/ Jeremy Kroger
                                  JEREMY KROGER
                                  Attorney for Defendant
                                  MICHAEL MAFFEI

1

**\* \* \* ORDER \* \* \***

The Court, having reviewed the above request for a continuance of the status conference currently set for March 2, 2010 until April 20, 2010, HEREBY ORDERS AS FOLLOWS:

1. The status conference in the matter of U.S. v. Maffei, shall be continued to April 20, 2010 at 10:00a.m..

IT IS SO ORDERED.

Dated:  March 1, 2010                    /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE