Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:09-cr-00037-YNP |
| Plaintiff, | ) ) | MOTION TO DISMISS; AND ORDER |
| v. | ) ) | THEREON |
| MICHAEL MAFFEI, | ) ) | |
| Defendant. | ) ) ) | |

The defendant having met all conditions of deferral, and by leave of the court endorsed hereon, the United States hereby moves the Court for an order of dismissal pursuant to 18 United States Code §3607 of count two, charging a violation of 21 United States Code §844(a) Possession of a Controlled Substance.

Dated: August 22, 2011                           NATIONAL PARK SERVICE

                                                 /S/ Susan St. Vincent
                                                 Susan St. Vincent
                                                 Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   August 23, 2011                         /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE

1